**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

EQUAL EMPOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

TARGET STORES, INC.,

Defendant.

Civil No. 01-1646 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: Sept. 21, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

SEP 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

EEOC

vs. 01-1646DWF/AJB

Target Stores, Inc.

The above-entitled matter has been re-assigned to Judge Donovan W. Frank and referred to Magistrate Judge Arthur J. Boyland pursuant to an Order of Recusal signed by Judge Tunheim. Please note the change in the judges' initials and refer to them when submitting documents to the court for filing.