**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TARGET STORES, INC.,<br><br>Defendant. | ) | Civil File No. 01-CV-1646 DWF/AJB<br><br>**STIPULATED ORDER** |

IT IS STIPULATED AND AGREED by the parties that the time for the defendants to answer or otherwise respond to the complaint shall be extended. The answer or other responsive pleading shall be served on or before Wednesday, October 17, 2001.

*Agreed to:*

Dated: ~~September~~ Oct 4, 2001

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By [signature]
Laurie A. Vasichek Atty. Reg. 171438
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
612-335-4061

*Attorneys for Plaintiff*

FILED OCT 11 2001
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: September 19, 2001

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: ______________________

Donald M. Lewis Reg. No. 62844
Joseph G. Schmitt Reg. No. 231447
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

*Attorneys for Defendant*

***SO ORDERED:***

Dated: ~~September~~ October 11, 2001

______________________
Arthur J. Boylan
United States Magistrate Judge