**UNITED STATED DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Equal Employment Opportunity Commission,<br>Plaintiff,<br>Suzanne Stombaugh,<br>Plaintiff/Intervenor,<br>v.<br>Target Stores, Inc.,<br>Defendant. | Civil File No. 01-1646 (DWF/AJB)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by July 1, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s): Expert identities shall be disclosed on or before March 3, 2003. Reports shall be due on or before May 1, 2003.

   b. By Defendant(s): Expert identities shall be disclosed on or before April 1, 2003. Reports shall be due on or before June 2, 2003.

3. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

4. No more than 15 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

OCT 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 160895

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. Any motions to amend to allege punitive damages must be served by the discovery deadline date.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by August 1, 2003.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions related to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. Tot he extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and shall be presented in a form that complies with Local Rule 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by October 15, 2003. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on November 14, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 1 expert witness. Anticipated length of trial is 5 days.

Dated: 10/4/02

Arthur J. Boylan
United States Magistrate Judge

DN: 160895